No. 514. ROBINSON *v.* UNITED STATES. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Thomas Henry Robinson, Jr., pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. W. Marvin Smith, William Strong,* and *Miss Beatrice Rosenberg* for the United States.

No. 535. DAVIS *v.* JOHNSTON, WARDEN. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Paul Davis, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for respondent.

No. 552. PETERSEN *v.* NEW YORK. December 18, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied. *William Petersen, pro se. Messrs. Thomas Cradock Hughes* and *Henry J. Walsh* for respondent.

No. 607. PRICE *v.* JOHNSTON, WARDEN. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Homer C. Price, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Miss Beatrice Rosenberg* for respondent.

No. 616. GAUSE *v.* RAGEN, WARDEN. December 18, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.